UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTONIO GABALDON,<br>Plaintiff,<br>v.<br>FORD MOTOR COMPANY,<br>Defendant. | No. 2:25-cv-00710-DAD-CSK<br><br>ORDER ENTERING JUDGEMENT AGAINST DEFENDANT PURSUANT TO NOTICE OF ACCEPTED RULE 68 OFFER<br><br>(Doc. No. 14) |

On August 27, 2026, plaintiff filed a notice of acceptance of defendant's Federal Rule of Civil Procedure 68 offer of judgment. (Doc. No. 14.) Therein, plaintiff requests that judgment be entered in his favor in the amount of $52,000.00 pursuant to the terms of the accepted Rule 68 offer. (*Id.* at 2.)

Under Federal Rule of Civil Procedure 68(a), a defendant may serve an offer to allow judgment on specified terms to the opposing party at least two weeks before trial. Fed. R. Civ. P. 68(a). Any acceptance by the opposing party of the offer must be made through written notice. *Id.* Thereafter, "either party may then file the offer and notice of acceptance, plus proof of service." *Id.*

Here, defendant Ford Motor Company served plaintiff with a Rule 68 offer of judgment in the amount of $52,000.00 plus reasonable attorneys' fees and costs in an amount to be determined

by the court upon a noticed motion. (*See* Doc. No. 14 at 4–6.) Plaintiff accepted this offer in writing on August 11, 2026. (*Id.* at 6.) Plaintiffs request that judgement be entered in favor of plaintiffs and against defendant Ford Motor Company in the sum of $52,000.00. (*Id.* at 2.) The parties have agreed that defendant will perform its obligations under its Rule 68 offer "within 60 days of acceptance[.]"[1] (*Id.* at 4.)

Accordingly,

1. The Clerk of the Court is directed to enter judgment in favor of plaintiff and against defendant Ford Motor Company in the amount of $52,000.00 (Doc. No. 14);
2. Plaintiff shall file dispositional documents within fourteen (14) days of plaintiff's counsel's receipt of defendant's payment of the settlement account; and
3. The Clerk of the Court is directed to TERMINATE Downtown Ford of Sacramento as a defendant in this action.

IT IS SO ORDERED.

Dated: **September 2, 2026**

Dale A. Drozd

DALE A. DROZD
UNITED STATES DISTRICT JUDGE

---

[1] The parties agree and defendant has provided evidence that defendant Downtown Ford of Sacramento was dismissed from this action by the state court prior to removal of the action to this court. (Doc. Nos. 1 at ¶ 8; 1-3 at 2–5; 7 at 3.) The court will therefore direct that defendant Downtown Ford of Sacramento be terminated as a defendant in this action.