UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ANTONIO GABALDON,

Plaintiff,

v.

FORD MOTOR COMPANY,

Defendant.

No. 2:25-cv-00710-DAD-CSK

ORDER GIVING EFFECT TO STIPULATION RESOLVING ATTORNEYS' FEES AND COSTS

(Doc. No. 20)

On September 2, 2026, following plaintiff's acceptance of defendant Ford Motor Company's Federal Rule of Civil Procedure 68 offer of judgment, the court directed the Clerk of Court to enter judgment in favor of plaintiffs and against defendant Ford Motor Company in the amount of $52,000.00. (Doc. No. 15 at 2.) At the time, the parties were still negotiating attorneys' fees and costs and were considering either filing a noticed motion to request that the court determine the attorneys' fees and costs or resolving the matter among themselves. (Doc. No. 14 at 5.)

On November 18, 2026, the parties filed a stipulation agreeing that, to resolve attorneys' fees and costs, defendant Ford Motor Company will pay plaintiff's counsel $5,000.00 by no later than January 4, 2027. (Doc. No. 20 at 2.)

/////

Pursuant to the stipulation of the parties and good cause appearing,

1. Defendant Ford Motor Company shall pay plaintiff's counsel $5,000.00 in attorneys' fees and costs by no later than January 4, 2027; and

2. Within ten (10) business days of the payment as ordered, plaintiffs shall file dispositional documents in this action.

IT IS SO ORDERED.

Dated: **November 23, 2026**

Dale A. Drozd

DALE A. DROZD
UNITED STATES DISTRICT JUDGE